**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOHN EDWARD PREVOST, II                                                                           PLAINTIFF
ADC #144749

V.                                      NO: 4:12CV00339 BRW/HDY

TOM HAMM *et al.*                                                                                  DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

    hearing before the District Judge in the form of an offer of
    proof, and a copy, or the original, of any documentary or
    other non-testimonial evidence desired to be introduced at
    the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

  Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## DISPOSITION

  Plaintiff John Edward Prevost, II, currently held at the Van Buren County Jail, filed this *pro se* complaint (docket entry #1) on June 4, 2012, making allegations relating to his medical treatment. On June 22, 2012, Plaintiff filed a motion to voluntarily dismiss his complaint (docket entry #3). For good cause shown, the motion should be granted, and Plaintiff's complaint should be dismissed.

  IT IS THEREFORE RECOMMENDED THAT:

  1. Plaintiff's motion to voluntarily dismiss his complaint (docket entry #3) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

  2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

  DATED this __28__ day of June, 2012.

                _____
                UNITED STATES MAGISTRATE JUDGE