IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOHN EDWARD PREVOST, II                                                      PLAINTIFF
ADC #144749

V.                          NO: 4:12CV00339 BRW

TOM HAMM *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of July, 2012.

/s /Billy Roy Wilson
UNITED STATES DISTRICT JUDGE